# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GUTIERREZ-VASQUEZ,<br><br>Defendant. | CASE NO.: 19MJ22503-KLS-LAB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY THE PROCEEDINGS** |

On the unopposed motion of Mr. Gutierrez-Vasquez, and with good cause shown, further proceedings in the case are stayed pending the Ninth Circuit decision in *United States v. Corrales-Vasquez*, Ninth Circuit Case No. 18-50206, and *United States v. Perez-Martinez*, Ninth Circuit Case No. 18-50266, or until further order of the Court.

**IT IS SO ORDERED.**

Dated: July 15, 2019

*Larry A. Burns*
The Honorable Larry Alan Burns
Chief United States District Judge